***Form OL241*** (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Heather Ann Baum<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | <br>Case No. 26−13915−amc<br><br>Chapter: 7 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 9/18/2026, this case is hereby DISMISSED.

Date: Oct. 5, 2026

Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Missing Documents:
Schedules A/B − J
Statement of Current Monthly Income (122A1)
Means Test Calculation (122A2)
Statement of Financial Affairs
Summary of Assets and Liabilities